UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Frances Espinosa | ) | Chapter 13 |
| | ) | |
| | ) | 22-10691 ELF |

**CERTIFICATION OF NO RESPONSE**

    I, Albert J. Scarafone, Esquire, counsel for Debtor, hereby certify that as of April 15, 2022, I have received no objections by any creditor or party in interest, either verbally or in writing, to Debtor's Motion to Extend the Automatic Stay under section 362(C)(3)(B) in the above-captioned case.

/s/ Albert J. Scarafone
Albert J. Scarafone, Jr., Esq.
Hill, Friedland & Scarafone
1717 Swede Road, Suite 200
Blue Bell, PA 19422-3372
(610) 275-4000