# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Frances Espinosa    ) Chapter 13
          Debtor    )
                     ) 22-10691 ELF

## ORDER

**AND NOW**, upon consideration of the Debtor(s)' Motion to Extend the Automatic Stay under 11 U.S.C. § 362(c)(3)(B) ("the Motion"), and after notice and hearing, and there being no opposition to the Motion,

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The automatic stay is extended with respect to all creditors who were served with the Motion or Notice of the Motion and shall remain in effect unless modified by the court in accordance with 11 U.S.C. §362(d) and Fed. R. Bankr. P. 4001(a).

Date:   4/19/22

                                          **ERIC L. FRANK**
                                          **U.S. BANKRUPTCY JUDGE**