UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Frances Espinosa | : | No. 22-10691 ELF |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |

### PRAECIPE TO WITHDRAW DOCUMENT NO. 23

To the Clerk:

Kindly withdraw the Pre-Confirmation Certificate docketed as number 23 because of the incorrect

caption.  The correct document was replaced with document number 24.

/s/ Albert J. Scarafone
Albert J. Scarafone
Hill, Friedland & Scarafone
Attorney for Debtor
1717 Swede Road, Suite 200
Blue Bell, PA 19422-