IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frances Espinosa<br>   Debtor, | BANKRUPTCY CASE NUMBER<br>22-10691-elf |
| Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Lakeview Loan Servicing, LLC<br>   Movant.<br>v.<br><br>Frances Espinosa<br>   Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>   Additional Respondent. | CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICE

  Pursuant to Bankruptcy Rules 2002 and 9007, Bankruptcy Code §§102(1), 342, and 1109(b), Lakeview Loan Servicing, LLC, requests special notice of all matters which must be noticed to creditors, equity security holders, any creditors or other committees, and any other parties in interest whether sent by the Court, the Debtor, the Trustee, or any other party. This request includes not only the notices and papers referred to in the Rules above, but also includes, without limitation, Orders and notice of any Application, Motion, Petition, Pleading, Request, Complaint, and demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, telegraph, telex, facsimile or otherwise.

                      Respectfully submitted,

Dated: June 29, 2022          BY:/s/ Lily C. Calkins
                      Christopher A. DeNardo 78447
                      Kristen D. Little 79992
                      Lily C. Calkins 327356
                      LOGS Legal Group LLP

                                        3600 Horizon Drive, Suite 150
                                        King of Prussia, PA 19406
                                        (610) 278-6800
                                        logsecf@logs.com

LLG File #: 22-067407

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Frances Espinosa<br>    Debtor,<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for Lakeview Loan Servicing, LLC<br>    Movant.<br>v.<br><br>Frances Espinosa<br>    Debtor/Respondent,<br><br>Kenneth E. West, Trustee<br>    Additional Respondent. | BANKRUPTCY CASE NUMBER<br>22-10691-elf<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I, <u>Lily C. Calkins</u>, an employee of the law firm of LOGS Legal Group LLP hereby certify that I caused to be served true and correct copies of Entry of Appearance and Request for Notice by First Class Mail, postage prepaid, at the respective last known address of each person set forth below on this <u>29th</u> day of <u>June</u>, 2022:

Frances Espinosa
823 Roslyn Ave
Glenside, PA 19038

Albert J. Scarafone, Jr., Esquire
1717 Swede Road, Suite 200
Blue Bell, PA 19422 - VIA ECF

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107 - VIA ECF

    I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

<u>/s/ Lily C. Calkins</u>
Christopher A. DeNardo 78447
Kristen D. Little 79992
Lily C. Calkins 327356
LOGS Legal Group LLP
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800
logsecf@logs.com