United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 22-10691-elf
---|---
Frances Espinosa | Chapter 13
Debtor |

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
---|---|---
Date Rcvd: Jul 20, 2022 | Form ID: 155 | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Frances Espinosa, 823 Roslyn Avenue, Glenside, PA 19038-3806 |
| 14696190 | | Albert J. Scarafone, Esquire, Hill, Friedland & Scarafone, 1717 Swede Road, Suite 200, Blue Bell, PA 19422-3372 |
| 14699760 | + | Community Loan Servicing, LLC, c/o Brock and Scott, PLLC Attorneys at L, 8757 Red Oak Blvd. Suite 150, Charlotte, NC 28217-3977 |
| 14684253 | + | Community Loan Servicing, LLC, c/o Rebecca Solarz, Esq., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14677417 | | Consumer Portfolio Services, Inc., PO Box 514278, Los Angeles, CA 90051-4278 |
| 14677419 | + | KML Law Group, P.C., Suite 5000 BNY Mellon Independ, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14700741 | + | Lakesview Loan Servicing, LLC, dba Mr. Cooper, c/o Mario Hanyon, Esq., 8757 Red Oak Blvd., Ste 150, Charlotte, NC 28217-3977 |
| 14702666 | + | Lakeview Loan Servicing, LLC, c/o Lily C. Calkins, Esq., 3600 Horizon Drive, Ste 150, King of Prussia, PA 19406-4702 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14677415 | + | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:42 | American Express, PO Box 981537, El Paso, TX 79998-1537 |
| 14682227 | | Email/PDF: bncnotices@becket-lee.com | Jul 20 2022 23:42:41 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14679473 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 20 2022 23:44:00 | CHRYSLER CAPITAL, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 14699761 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:44:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd, 5th Floor Merrick Park Plaza, Coral Gables, Florida 33146-1839 |
| 14677416 | | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:44:00 | Community Loan Servicing, LLC, PO Box 740410, Cincinnati, OH 45274-0410 |
| 14693942 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 20 2022 23:44:00 | Community Loan Servicing, LLC f/k/a Bayview Loan S, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 14677418 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 20 2022 23:52:51 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14691008 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14679257 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:53:01 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14677420 | | Email/Text: ml-ebn@missionlane.com | Jul 20 2022 23:44:00 | Mission Lane Tab Bank, PO Box 105286, SW #1340, Atlanta, GA 30348 |
| 14679256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jul 20 2022 23:42:42 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14679469 | | Email/Text: bnc-quantum@quantum3group.com | Jul 20 2022 23:44:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14677421 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | | |

Case 22-10691-elf   Doc 31   Filed 07/22/22   Entered 07/23/22 00:28:00   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2022 | Form ID: 155 | Total Noticed: 21 |

Jul 20 2022 23:44:00    TBOM / Aspire, PO Box 105555, SW 1340, Atlanta, GA 30348-5555

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2022              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Frances Espinosa scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC logsecf@logs.com, lcalkins@logs.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Frances Espinosa
     Debtor(s)                                      Chapter: 13

                                               Bankruptcy No: 22−10691−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this July 20, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                                  Eric L. Frank
                                                                  Judge ,
                                                                  United States Bankruptcy Court

                                                                                              29 − 10
                                                                                              Form 155