United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Frances Espinosa  
    Debtor

Case No. 22-10691-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 13, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Frances Espinosa, 823 Roslyn Avenue, Glenside, PA 19038-3806 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022      Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT J. SCARAFONE, JR. | on behalf of Debtor Frances Espinosa scarafone@comcast.net ascarafone@gmail.com;r39418@notify.bestcase.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LILY CHRISTINA CALKINS | on behalf of Creditor Community Loan Servicing LLC as servicing agent for Lakeview Loan Servicing, LLC logsecf@logs.com, lilychristinacalkins@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Lakeview Loan Servicing LLC enote vesting-- Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 1

REBECCA ANN SOLARZ
on behalf of Creditor Community Loan Servicing  LLC as servicing agent for Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

STEPHEN R. STARKS
on behalf of Creditor Lakeview Loan Servicing  LLC ryan.starks@brockandscott.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Frances Espinosa <br> <u>Debtor(s)</u> | CHAPTER 13 |
| Lakeview Loan Servicing, LLC <br> <u>Movant</u> <br> vs. | NO. 22-10691 ELF |
| Frances Espinosa <br> <u>Debtor(s)</u> | |
| Kenneth E. West <br> <u>Trustee</u> | 11 U.S.C. Section 362 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$13,339.10,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | April 2022 through August 2022 at $2,460.22/month |
| Fees & Costs Relating to Motion: | $1,038.00 |
| **Total Post-Petition Arrears** | **$13,339.10** |

2. The Debtor(s) shall cure said arrearages in the following manner;

a). Beginning on September 2022 and continuing through August 2023, until the arrearages are cured, Debtor(s) shall pay the present regular monthly payment of **$2,460.22** on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of **$1,111.60 for September 2022 through July 2023 and $1,111.50 for August 2023** towards the arrearages on or before the last day of each month at the address below;

Nationstar Mortgage LLC
350 Highland Drive
Lewisville, TX 75067

b).     Maintenance of current monthly mortgage payments to the Movant thereafter.

3.  Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.  In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice.  If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6.  If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.  The parties agree that a facsimile signature shall be considered an original signature.

Date:   August 23, 2022

                                            **/s/ Rebecca A. Solarz, Esquire**
                                            Rebecca A. Solarz, Esquire
                                            Attorney for Movant


Date: _8/31/2022_                      */s/ Albert J. Scarafone, Jr., Eqsuire*
                                              Albert J. Scarafone, Jr. Esq.
                                              Attorney for Debtor(s)


Date: _9/8/2022_                       */s/ LeRoy W. Etheridge, Esquire for* *
                                              Kenneth E. West, Esquire
                                              Chapter 13 Trustee

*\*no objection to its terms, without prejudice to any of our rights and remedies*

# **O R D E R**

Approved by the Court this __13th__ day of __September__, 2022.
However, the court retains discretion regarding entry of any further order.

                                                Bankruptcy Judge
                                              Eric L. Frank