# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10691-ELF

FRANCES ESPINOSA

823 ROSLYN AVENUE

GLENSIDE, PA 19038-3806

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    FRANCES ESPINOSA

    823 ROSLYN AVENUE

    GLENSIDE, PA 19038-3806

Counsel for debtor(s), by electronic notice only.

    ALBERT J SCARAFONE JR ESQUIRE  
    1717 SWEDE RD  
    SUITE 200  
    BLUE BELL, PA 19422-

Date: 9/26/2022

/S/ Kenneth E. West  
_____  
Kenneth E. West, Esquire  
Chapter 13 Standing Trustee