# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Frances Espinosa**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Community Loan Servicing, LLC as servicing agent for Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Frances Espinosa**<br>　　　　　　　　　　**Debtor(s)**<br><br>**Kenneth E. West**,<br>　　　　　　　　　　**Trustee** | **BK NO. 22-10691 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 7** |

## CERTIFICATE OF SERVICE
## NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES, AND CHARGES

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on June 3, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Frances Espinosa
823 Roslyn Avenue
Glenside, PA 19038-3806

Attorney for Debtor(s)
Albert J. Scarafone, Jr., Esq.
1717 Swede Street (VIA ECF)
Suite 200
Blue Bell, PA 19422-3372

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: June 3, 2022

　　　　　　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com